UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00303-FDW-DCK

| | |
|---|---|
| DEANNA DOUGLAS, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>UNIVERSITY PLACE NURSING AND )<br>REHABILITATION CENTER, )<br>)<br>    Defendant. )<br>) | ORDER |

THIS MATTER is before the Court *sua sponte*. On August 13, 2018, the Court ordered Plaintiff to show cause why her complaint against Defendant should not be dismissed for failure to prosecute. (Doc. No. 6). In the order, the Court noted that Defendant had not filed an answer to Plaintiff's complaint, yet Plaintiff had failed to move for an entry of default under Rule 55(a) of the Federal Rules of Civil Procedure. Plaintiff, who is proceeding *pro se*, responded to the Court's order to show cause on August 22, 2018, expressing her desire to move forward in prosecuting this case. (Doc. No. 7).

The Court notifies Plaintiff that to proceed in prosecuting the case at this juncture Plaintiff must move for an entry of default under Rule 55(a) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that Plaintiff may move for an entry of default under Rule 55(a) **on or before September 24, 2018**. Failure to do so will likely result in a dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

Signed: August 23, 2018

Frank D. Whitney
Chief United States District Judge